UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

Eastern District of Kentucky
**FILED**

SEP 2 3 2020

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 3 20-CR-15- ____ -GFVT

UNITED STATES OF AMERICA                                           PLAINTIFF

V.                **ORDER SETTING ARRAIGNMENT**

JEREMY DELK and
TAILOR MADE COMPOUNDING LLC                                        DEFENDANTS

\* \* \* \* \*

The Court ORDERS that the Motion of the United States to assign this matter a date for the filing of the information and an arraignment is GRANTED, and this matter is set for arraignment on October 29, 2020, at 1:30 PM, in the United States District Court at Lexington.

The Court further ORDERS the Defendant to contact the United States Probation Office in Frankfort, at telephone number (502) 227-4667, within 48 hours of the receipt of this Order, excluding weekends, in order to arrange an interview by the United States Probation Office for the purpose of obtaining information pertaining to the conditions of release.

On this 23 day of September, 2020.

UNITED STATES DISTRICT JUDGE