UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Crim. No. 3:20-cr-00015-GFVT |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JEREMY DELK, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Court's own motion.  On October 29, 2020, sentencing in this matter for both Jeremy Delk and Tailor Made Compounding LLC was scheduled for February 24, 2021, at 11:00 a.m. in Frankfort.  [R. 5; R. 6.]  However, because of ongoing courtroom renovations in Frankfort that will not be completed by the sentencing date, the sentencing will take place at the Federal Courthouse in Lexington instead of Frankfort.  The date and time will remain the same.

Accordingly, it is hereby **ORDERED** that sentencing in this matter will take place on **February 24, 2021**, at **11:00 a.m.** in **Lexington**, Kentucky.

This the 3d day of February, 2021.

_____
Gregory F. Van Tatenhove
United States District Judge