UNITED STATES DISTRICT COURT
EASTER DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| VS. | ) | Criminal No. 3:20-CR-15-GFVT-1 |
| | ) | |
| **JEREMY DELK and** | ) | |
| **TAILOR MADE COMPOUNDING, LLC,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

## NOTICE OF APPEARANCE

William H. Brammell, Jr., of the firm of Dressman Benzinger LaVelle psc, 321 West Main Street, Suite 2100, Louisville, KY 40202, hereby enters his appearance as counsel for the Defendant Jeremy Delk. Kent Wicker will also remain as counsel of record for Defendant Jeremy Delk.

Respectfully submitted,

*/s/ William H. Brammell, Jr.*
Kent Wicker
William H. Brammell, Jr.
Dressman Benzinger LaVelle psc
2100 Waterfront Plaza
321 West Main Street
Louisville, KY 40202
kwicker@dbllaw.com
bbrammell@dbllaw.com

*Counsel for Defendant Jeremy Delk*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served by electronic filing this 22nd day of February, 2021.

*/s/ William H. Brammell, Jr.*
William H. Brammell, Jr.

*Counsel for Defendant Jeremy Delk*