UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION-FRANKFORT
CRIMINAL MINUTES – SENTENCING

Eastern District of Kentucky
FILED
FEB 24 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Case No. 3:20-cr-15-01-GFVT     At: Lexington     Date: February 24, 2021

U.S.A. vs. Jeremy Delk     X present __ custody X bond OR __ Age __

**DOCKET ENTRY:** The parties appeared as noted. United States Probation Officer Troy Brown was present. The Court confirmed that both parties received and had sufficient time to go through the PSR. The Court heard statements and arguments as to the proper sentence, and Defendant allocuted. The Court orally announced the sentence and will issue a separate Judgment.

PRESENT:  HON. _____, U.S. DISTRICT JUDGE
                    GREGORY F. VAN TATENHOVE

Counsel for the United States:    Kate K. Smith, AUSA

Counsel for Defendant: William H. Brammell, Jr.    X present  X retained  __ appointed

U.S. Probation Officer: Troy Brown     Court Reporter: Sandy Wilder     Courtroom Deputy: Mary Jane Younce

PROCEEDINGS: SENTENCING (Non Evidentiary)

X   No Objections to the Pre-Sentence Report.

X   Court ADOPTS the Presentence Report prepared by the United States Probation Office, as its findings, including guideline calculations. Presentence Report shall be filed under seal.

__  The Court Reporter shall transcribe the proceeding of the hearing on the Objections to the Pre-sentence Report and file same into the record.

X   The transcript shall be deemed as written findings of the Court.

X   Court's Advice of Right to Appeal provided to defendant.

X   Judgment shall be entered (See Judgment & Commitment.)

X   The Defendant is released consistent with the terms of the Judgment entered contemporaneously herewith.

This the 24th day of February 2021.

Copies: COR, USP, USM,
Initials of Deputy Clerk: MJY
TIC: 0/30